Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*BIDI Vapor, LLC*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/23/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIDI VAPOR, LLC,<br><br>*Plaintiff*<br><br>v.<br><br>ALDFACTORY, BESTVAPORSELLER, DGMENGOU, DHGATEIUS, ECIGARETTEDIRECT, ECIGCTO, ECIGMANUFACTURE, ECIGSHOP88, ITALY_NEST1, LINJIUYONG, ONE CLOUD PUFF, RACHELSHOUSE, SOULLILY, SUNRISE_STORE, SUPERVAPES, VAPE08, VAPECGE, VAPEFOREVER, VAPINGFOREVER, VIDGEWISE001, VIDGEWISE008, WONDERFULECIGS, XI02 and YLHCGH,<br><br>*Defendants* | **20-cv-10408 (AT)**<br><br><br>**UNSEALING ORDER** |

WHEREAS the Court orders that this Action be unsealed and Records Management upload all documents filed to date on the Electronic Case Filing system.

SO ORDERED.

Dated: December 23, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge