UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIDI VAPOR, LLC,

                Plaintiff,

-against-

ALDAFACTORY, BESTVAPORSELLER, DGMENGOU, DHGATEIUS, ECIGARETTEDIRECT, ECIGCTO, ECIGMANUFACTURE, ECIGSHOP88, ITALY_NEST1, LINJIUYONG, ONE CLOUD PUFF, RACHELSHOUSE, SOULLILY, SUNRISE_STORE, SUPERVAPES, VAPE08, VAPECGE, VAPEFOREVER, VAPINGFOREVER, VIDGEWISE001, VIDGEWISE008, WONDERFULCIGS, XI02 and YLHCGH,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/11/2021_

20 Civ. 10408 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On December 18, 2020, the Court ordered that Defendants appear on January 11, 2021, at 1:00 p.m., to show cause why a preliminary injunction should not issue. The Court finds good cause to ADJOURN the hearing scheduled for January 11, 2021, to **January 25, 2021**, at **1:00 p.m.** By **January 19, 2021**, Defendants shall file any opposing papers. By **January 21, 2021**, Plaintiff shall file any reply. Pursuant to Federal Rule of Civil Procedure 65(b)(2), the TRO is extended **to January 26, 2021**. Good cause exists for an extension, because adjourning the preliminary injunction hearing is necessary to ensure Defendants are afforded adequate notice, and continued restraint of Defendants and third parties in the interim period is necessary to protect Plaintiff's rights against the irreparable harms demonstrated in their TRO application.

    By **January 14, 2021**, Plaintiff shall serve this order on Defendants using the same methods authorized by the TRO. By **January 19, 2021**, Plaintiff shall provide the Court with proof of service.

    SO ORDERED.

Dated: January 11, 2021
       New York, New York

                                            ANALISA TORRES
                                          United States District Judge