USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/15/2021_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIDI VAPOR, LLC,

    Plaintiff,

-against-

ALDFACTORY, DGMENGOU, DHGATEIUS, ECIGARETTEDIRECT, ECIGCTO, ECIGMANUFACTURE, ECIGSHOP88, ITALY_NEST1, LINJIUYONG, ONE CLOUD PUFF, RACHELSHOUSE, SOULLILY, SUNRISE_STORE, SUPERVAPES, VAPE08, VAPECGE, VAPEFOREVER, VIDGEWISE001, VIDGEWISE008, WONDERFULECIGS, XI02 and YLHCGH,

    Defendants.

20 Civ. 10408 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 11, 2021, Plaintiff moved by order to show cause for default judgment against Defendants aldfactory, dgmengou, dhgateius, ecigarettedirect, ecigcto, ecigmanufacture, ecigshop88, italy_nest1, linjiuyong, One Cloud Puff, rachelshouse, soullily, sunrise_store, supervapes, vape08, vapecge, vapeforever, vidgewise001, vidgewise008, Wonderfulecigs, xi02 and ylhcgh. ECF No. 33. In support, Plaintiff submitted two affidavits with accompanying exhibits, a memorandum of law and a proposed default judgment (the "Supporting Papers"). ECF Nos. 33–37. Accordingly:

1. The motion for default judgment will be resolved **on the papers.**

2. By **July 22, 2021**, Plaintiff shall serve copies of this Order to Show Cause and the Supporting Papers on Defendants by the means authorized in the Temporary Restraining Order ¶ IV.A.1, ECF No. 17.

3. By **July 24, 2021**, Plaintiff shall file on the docket (1) proofs of service, and (2) the Supporting Papers that were served upon Defendants (as attachments to the proofs of service).

4. By **August 12, 2021**, Defendants shall respond to Plaintiff's motion.

5. By **August 19, 2021**, Plaintiff shall submit its reply, if any.

    SO ORDERED.

Dated: July 15, 2021
       New York, New York

ANALISA TORRES
United States District Judge